

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MENDEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTIO SOLUTIONS, LLC, dba QUALIA COLLECTION SERVICES<br><br>Defendant. | Case No.: 3:16-cv-01882-AJB-KSC<br><br>**ORDER DENYING JOINT MOTION WITHOUT PREJUDICE [Doc. No. 47]**<br><br>**ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL AS MOOT [Doc. No. 45]** |

Before the Court is the parties' Joint Motion for Determination of Discovery Dispute and Motion to File Documents Under Seal. [Doc. Nos. 47, 45]. For the reasons discussed in greater detail below, the Court **DENIES** the parties' Joint Motion for failure to abide by Local Rules and this Court's Prior Order. Plaintiff's Motion to File Exhibit Under Seal is now **MOOT**.

## DISCUSSION

The Scheduling Order in this case states in part as follows: "All discovery motions must be filed . . . only after counsel have met and conferred and have reached an impasse with regard to the particular issue." [Doc. No. 44, at p. 2.] Local Rule 26.1(a) also states that: "The court will entertain no motion pursuant to Rules 26 through 37, Fed. R. Civ.

1

| | |
|---|---|
| 1 | P., unless counsel will have previously met and conferred concerning all disputed issues." |
| 2 | CivLR 26.1(a). Finally, this Court's Chambers' Rules require the parties include the |
| 3 | "exact response to the request by the responding party." Chambers' Rules V(D). |
| 4 | Here, the parties did not abide by any of the aforementioned rules. Plaintiff merely |
| 5 | states: "Plaintiff still maintains these [supplemental responses plaintiff received on |
| 6 | September 25] that change objections are deficient. On September 27, 2017, Defendant |
| 7 | provided for the first time a privilege log and a redaction log. Again, Plaintiff maintains |
| 8 | these are deficient." [Doc. No. 47-1, at p. 1]. The parties have not met and conferred to |
| 9 | discuss whether defendant's supplemental responses are sufficient and would obviate the |
| 10 | need to file the instant Motion. |
| 11 | The parties also did not follow this Court's Chamber's Rule V(D) by failing to |
| 12 | provide the Court with all responses defendants made to the contested requests. |
| 13 | Moreover, purely from a practical standpoint, the Court cannot now determine the |
| 14 | parties' dispute without the defendant's supplemental responses. [Doc. No. 47, at p. 1]. |
| 15 | Therefore, the Court **DENIES** the Motion **WITHOUT PREJUDICE**. |
| 16 | Accordingly, plaintiff's Motion to File Documents Under Seal is **MOOT**. The Parties |
| 17 | have **five (5)** days to meet and confer, and refile their Motion with the Court on or before |
| 18 | **October 16, 2017.** Failure to meet and confer in this regard will result in a waiver of |
| 19 | plaintiff's objections. |
| 20 | **IT IS SO ORDERED.** |
| 21 | Dated: October 10, 2017 |

Hon. Karen S. Crawford
United States Magistrate Judge