# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MENDEZ, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTIO SOLUTIONS, LLC, dba QUALIA COLLECTION SERVICES<br><br>Defendant. | Case No.: 3:16-CV-01882-AJB-KSC<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

1  Having read and considered the Joint Motion for Dismissal filed by Plaintiff Sarah
2  Mendez and Defendant Optio Solutions, LLC dba Qualia Collection Service, the Court
3  grants the Parties' Joint Motion for Dismissal.  This action will be, and is dismissed
4  WITH PREJUDICE as to all individual claims asserted by Plaintiff against Defendant,
5  and WITHOUT PREJUDICE as to the class action claims asserted in the lawsuit pursuant
6  to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
7  Each party to bear their own costs and fees.
8  IT IS SO ORDERED.

Dated:  February 1, 2018

*signature*
Hon. Anthony J. Battaglia
United States District Judge